**Writ of Mandamus is DENIED; Opinion Filed August 26, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00968-CV

### IN RE FLOYD CIRCLE PARTNERS, LLC, Relator

**Original Proceeding from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-02720-E**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its orders of May 29, 2015 and July 13, 2015 and order the trial court to permit relator to conduct the discovery it seeks. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish its right to mandamus relief. We deny the petition.

/Lana Myers/
LANA MYERS
150968F.P05
JUSTICE